**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RONALD CUSSON,

Plaintiff,

v.                                                    Case No. 6:10-cv-1648-Orl-28GJK

VIKING COLLECTION SERVICE, INC.,

Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

     Having amicably resolved all matters in controversy and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: January 6, 2011                    Respectfully submitted,

                                        /s Andrew I. Glenn_____
                                        Andrew I. Glenn
                                        E-mail:  AGlenn@cardandglenn.com
                                        Florida Bar No.:  577261
                                        J. Dennis Card, Jr.
                                        E-mail:DCard@cardandglenn.com
                                        Florida Bar No.  0487473
                                        Card & Glenn, P.A.
                                        2501 Hollywood Boulevard, Suite 100
                                        Hollywood, Florida 33020
                                        Telephone:  (954) 921-9994
                                        Facsimile:  (954) 921-9553
                                        Attorneys for Plaintiff