# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RONALD CUSSON,**

      **Plaintiff,**

**-vs-**                                                            **Case No. 6:10-cv-1648-Orl-28GJK**

**VIKING COLLECTION SERVICE, INC.,**

      **Defendant.**

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. No. 6), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice. All pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 7th day of January, 2011.

JOHN ANTOON II
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party